**RECEIVED**
JUN 1 2 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ZELDA LOVETTE ANDERSON,<br>    Appellant | CIVIL ACTION<br>1:11-cv-1674 |
| VERSUS | |
| U.S. COMMISSIONER OF SOCIAL SECURITY,<br>    Appellee | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Anderson's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 12th day of Jun, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE